IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EVELYN ALEJANDRO,

    Petitioner,

v.     No. CV 14-923 WJ/CG

ARLENE HICKSON, et al.,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on January 21, 2015. (Doc. 8). In the PFRD, the Magistrate Judge recommended that the *Petition* for 28 U.S.C. § 2254 habeas corpus review*,* (Doc. 1), be dismissed without prejudice and that a certificate of appealability be denied. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 8 at 8). No objections have been filed and the deadline of February 9, 2015 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that the *Petition*, (Doc. 1), be **DISMISSED WITHOUT PREJUDICE,** and all requested relief be **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability be **DENIED**.

_____
UNITED STATES DISTRICT JUDGE